FILED
MAR 18 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0778-WQH |
| Plaintiff, | <u>I N F O R M A T I O N</u> |
| v. | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| JOSE HERNANDEZ-LEDESMA, | |
| Defendant. | |

The United States Attorney charges:

On or about January 15, 1998, within the Southern District of California, defendant JOSE HERNANDEZ-LEDESMA, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that his name was Pablo Montano-Perez, whereas in truth and fact, as defendant then and there well knew

//
//
//
//
//

JDM:mg:San Diego
3/10/08

1 that statement and representation was false, fictitious and
2 fraudulent when made; in violation of Title 18, United States Code,
3 Section 1001.
4     DATED: March 18, 2008

KAREN P. HEWITT
United States Attorney

*/s/ Jeffrey D. Moore*

JEFFREY D. MOORE
Assistant U.S. Attorney