AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

MAR 1 8 2008

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | 08CR0778-WQH |
| JOSE HERNANDEZ-LEDESMA | CASE NUMBER: 08-mj-0471 |

I, JOSE HERNANDEZ-LEDESMA, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/18/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Jose_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER